UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DAVID ELIJAH BOWERS, JR.,

           Plaintiff,

v.                                                  Case No. 17-cv-805-pp

CHRIS ABELE,
and EDWARD FLYNN,

           Defendants.

## ORDER DISMISSING CASE

The plaintiff, a Wisconsin state prisoner who is representing himself, filed a civil rights complaint under 42 U.S.C. §1983, along with a motion for leave to proceed without prepayment of the filing fee under 28 U.S.C. §1915. On May 8, 2018, the court denied the plaintiff's motion to proceed without prepayment of the filing fee because the plaintiff had three strikes. Dkt. No. 13. The court ordered the plaintiff to pay the $400.00 civil case filing fee, in time for the court to receive it on or before the end of the day on May 22, 2018, if he wanted to proceed with the case. Id. at 4. The court warned the plaintiff that if it did not receive the full $400 fee by the end of the day on May 22, 2018, it would dismiss the case without further notice or hearing on the next business day. Id.

The May 22, 2018 deadline has passed and the court has not received any money from the plaintiff. The court will dismiss the case without prejudice.

1

The court **ORDERS** that this case is **DISMISSED** without prejudice based on the plaintiff's failure to pay the filing fee.

Dated in Milwaukee, Wisconsin this 23rd day of May, 2018.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**United States District Judge**